MCGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-mj-0241-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| SALVADOR JESUS RAMIREZ and SUSAN DANE COSTORIO CASILLAS, | Date: December 18, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Deborah L. Barnes |
| Defendants. | |

The Court has read and considered the parties' Stipulation and Extension of Time for Preliminary Hearing under Rule 5.1(d) and Exclusion of Time, filed December 12, 2018. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for an extension of time for the preliminary hearing date to January 3, 2019, under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 3, 2019, at 2:00 p.m. The defendants shall appear before United States Magistrate Judge Allison Claire in Courtroom 26 on that date and time.

2. The time between December 18, 2018, and January 3, 2019, shall be excluded from calculation of time under 18 U.S.C. § 3161(h)(7)(A) [Local Code T-4].

SO ORDERED.

Dated: December 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER

2